257 So.2d 156

**I. J. ALLEN and C. H. Allen**

**v.**

**CONTINENTAL OIL COMPANY et al.**

**No. 52076.**

**Feb. 11, 1972.**

In re: I. J. Allen and C. H. Allen applying for Certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bienville. 255 So.2d 842.

Writ denied. No error of law in the judgment under the facts found by the Court of Appeal.

257 So.2d 156

**Elmer VITTETOE, Jr.**

**v.**

**TRADERS & GENERAL INSURANCE CO. et al., and Allstate Insurance Co. et al.**

**No. 52077.**

**Feb. 11, 1972.**

In re: Jackie J. Mattson, Baptist Christian Academy and Traders & General In-

surance Company applying for Certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 255 So. 2d 831.

Writ denied. On the facts found by the Court of Appeal there is no error of law in the judgment.